IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BRANDON WATERS,
ADC #148641                                                                                                   PLAINTIFF

V.                              Case No. 5:13-cv-145 KGB/JTR

JOHN FELTS,
Chairman of the Parole Board, et al.                                                          DEFENDANTS

## JUDGMENT

Consistent with the Order entered on this day, this case is dismissed without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

SO ORDERED this 15th day of October, 2013.

*[signature: Kristine G. Baker]*

Kristine G. Baker
United States District Judge